IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS PENSION FUND )
AND WELFARE FUNDS, )
)
)
Plaintiff, )
) No. 07 C 6104
v. )
) Judge Joan Lefkow
)
GEORGE FLORES, Individually and d/b/a )   Magistrate Judge Mason
B & J FLORES TRUCKING, INC. )
)
Defendant. )

MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS

OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its

attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move

for entry of a default judgment in sum certain as stated in this Complaint and the supporting

Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1.      Suit was filed on October 29, 2007 for collection of delinquent

contributions, attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2.      Service was made upon GEORGE FLORES, Individually and d/b/a B & J

FLORES TRUCKING , INC., on December 12, 2007 and a copy of the proof of service

was filed with the court on December 21, 2007.

3.      Defendant is now in default as to the Complaint and as supported by the

attached Affidavits the sums due are:

$6,377.89  Pension
$10,392.20  Welfare
$925.00   Attorneys fees
$446.00  Court costs
$18,141.09

WHEREFORE, Plaintiff prays for the entry of judgment against Defendant,

GEORGE FLORES, Individually and d/b/a B & J FLORES TRUCKING, INC. and in

favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN

ILLINOIS WELFARE AND PENSION FUNDS in the amount of $18,141.09.

> TRUSTEES OF THE SUBURBAN TEAMSTERS
> OF NORTHERN ILLINOIS WELFARE AND
> PENSION FUNDS

By: _____
One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

2